# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| RANCHES OF THE WEST, INC., a Wyoming corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JANET CHRISTENSEN, <br><br> Defendant. <br><br>――――――――――――― <br><br> JANET CHRISTENSEN, <br><br> Counterclaim – Plaintiff, <br><br> vs. <br><br> RANCHES OF THE WEST, INC., REID ROSENTHAL, and JOHN DOES 1-20, <br><br> Counterclaim – Defendants. | CV 21-65-BU-JTJ <br><br> **ORDER** |

Defendant filed a motion to compel discovery on May 10, 2022. Plaintiff opposes the motion. (Doc. 79).

The Scheduling Order in this case required the Defendant to contact the Court's judicial assistant and request a telephonic discovery conference before

filing a discovery motion. (Doc. 36 at 4). Defendant has failed to comply with this requirement in the Court's Scheduling Order.

Accordingly, IT IS HEREBY ORDERED:

1. Defendant's Motion to Compel Discovery (Doc. 72 ) is DENIED.

2. The Court will conduct a telephonic discovery conference on May 27, 2022, at 10:00 a.m. to address the discovery dispute described in Defendant's Motion to Compel Discovery. The call-in number is (877) 402-9753. The access code is 5136505.

DATED this 25th day of May, 2022.

John Johnston
United States Magistrate Judge